**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 343 WAL 2018

       Respondent    :

       :    Petition for Allowance of Appeal from
       :    the Order of the Superior Court

       v.    :

BRANDONE JOHNSON,    :

       Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.